John L. Sutherland et al., Executors, etc., Respondents *v.* Lauren C. Woodruff, Appellant.

Same Respondents *v.* Same Appellant.

(Argued February 8, 1884; decided February 26, 1884.)

*A. J. Vanderpoel* for appellant.

*S. P. Nash* for respondents.

Agree to affirm; no opinion.
Judgments affirmed.

---

William J. Callahan, as Executor, etc., Respondent, *v.* John S. Bancroft, Impleaded, etc., Appellant.

(Argued February 25, 1884; decided March 4, 1884.)

*A. R. Dyett* for appellant.

*John R. Dos Passos* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

The People, ex rel. Clinton B. Smith, Appellant, *v.* The Board of Trustees of the Village of Flushing, Respondent.

(Argued February 26, 1884; decided March 4, 1884.)

*G. H. Stanbrough* for appellant.

*C. W. Pleasants* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.